WHITE & REASOR, PLC
CHARLES W. MCELROY (*Pro hac vice*)
Two American Center
3102 West End Avenue, Suite 1150
Nashville, TN 37203
Telephone: (615) 383-3345
(615) 383-9390

SHARTSIS FRIESE, LLP
JAMES P. MARTIN (Bar #170044)
TRACY L. SALISBURY (Bar #106837)
One Maritime Plaza, 18th Floor
San Francisco, California 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Plaintiff, MONSTER CONTENT, LLC

*IT IS SO ORDERED*
*Judge Fern M. Smith*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER CONTENT, LLC, a Tennessee limited liability company, <br><br> Plaintiff, <br> v. <br> HOMES.COM, INC., a Delaware corporation, <br><br> Defendant. | Case No. C 04-00570 FMS <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME AND ~~PROPOSED~~ ORDER THEREON** |

The parties, through their undersigned counsel, hereby submit this stipulated request for an order extending by one week the time for filing all Pretrial filings required by this Court's Standing Order regarding Pretrial Instructions, including the Pretrial Conference Statement; narrative witness statements; proposed Findings of Fact and Conclusions of Law; and Motions in Limine.

-1-

Case No. C 04-00570 FMS  STIPULATED REQUEST FOR ORDER CHANGING TIME AND PROPOSED ORDER THEREON

This stipulation is made pursuant to the Court's indication at the hearing held in this matter on May 12, 2005, that the Court would be willing to extend pretrial deadlines by one week, if the parties agreed to advance the trial of this action. Accordingly, the parties hereby submit this stipulated request for the foregoing extensions, so as to provide that all filings required by this Court's Standing Order regarding Pretrial Instructions, shall be due on or before June 13, 2005.

STIPULATED AND AGREED:

WHITE & REASOR, PLC

Dated: May 31, 2005        By          /s/
                              CHARLES W. MCELROY, *pro hac vice*

Attorneys for Plaintiff, Monster Content, LLC

PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP

Dated: May 31, 2005        By          /s/
                              GERALD P. KENNEDY

Attorneys for Defendant, Homes.com, Inc.

PROPOSED ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 6/1/05

HON. FERN M. SMITH
UNITED STATES DISTRICT JUDGE

WHITE & REASOR, PLC
TWO AMERICAN CENTER
3102 WEST END AVENUE, SUITE 1150
NASHVILLE, TENNESSEE 37230