WHITE & REASOR, PLC
CHARLES W. McELROY (TN Bar #007059)
(*Admitted Pro Hac Vice*)
3102 West End Avenue, Suite 1150
Nashville, TN 37203
Telephone: (615) 383-3345
Facsimile: (615) 383-9390

SHARTSIS FRIESE LLP
TRACY L. SALISBURY (Bar #106837)
JAMES P. MARTIN (Bar #170044)
TRACY A. DONSKY (Bar #197114)
One Maritime Plaza, 18th Floor
San Francisco, California 94111-3598
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Plaintiff
MONSTER CONTENT, LLC



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER CONTENT, LLC, a Tennessee limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>HOMES.COM, INC., a Delaware corporation,<br><br>    Defendant. | No. C 04 0570 FMS<br><br>[■■■■■■■■] ORDER REGARDING EQUIPMENT FOR TRIAL<br><br>Trial Date: June 20, 2005<br>Time: 8:30 a.m.<br>Judge: Hon. Fern M. Smith |

IT IS HEREBY ORDERED that on the morning of Monday, June 20, 2005 through the pendency of Trial, plaintiff Monster Content, LLC and defendant Homes.com, Inc., by and through their respective counsel of record, may bring into the Federal Courthouse in San Francisco, California, located at 450 Golden Gate Avenue, San Francisco, California, and set up in the courtroom of the Honorable Fern M. Smith certain equipment and materials for purposes of facilitating illustrative exhibits for a trial scheduled to commence on June 20, 2005. The equipment and materials may include easels, exhibit boards, laser pointers, laptop computers,

external hard drives, network equipment, with assorted power cords, monitors, video and audio cables, power strips, extension cords, projector, projection screen, and a digital camera if necessary. Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow, and to take such steps as reasonably necessary to facilitate the foregoing activity.

IT IS SO ORDERED

DATED: June 17, 2005

By: _____
Honorable Fern M. Smith
United States District Judge

JPM\6407\002\1311136.01